IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:96MJ47 |
| Plaintiff, | ) | 8:00CR248 |
| | ) | |
| vs. | ) | |
| | ) | |
| WASHINGTON OLIVERA a/k/a | ) | ORDER |
| OMAR GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The United States having moved for the forfeiture of the deposit of a Cash Bond of Washington Olivera a/k/a Omar Gomez for his failure to appear at a hearing as ordered by the Court.

IT IS SO ORDERED that the $11,000.77 Cash Bond of Washington Olivera a/k/a Omar Gomez is hereby forfeited to the United States and directs the Clerk of the Court to transfer to the Crime Victim Fund the cash deposit of $11,000.77.

Dated this 1st day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
CHIEF JUDGE, U.S. DISTRICT COURT